1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   SCOTT E. HENNIGH, Cal. Bar No. 184413
3  NATHANIEL BRUNO, Cal. Bar No. 228118
   Four Embarcadero Center, 17th Floor
4  San Francisco, California  94111-4109
   Telephone:    415-434-9100
5  Facsimile:    415-434-3947
   E-Mail:       shennigh@sheppardmullin.com
6                nbruno@sheppardmullin.com

7  *Of Counsel* (to be admitted *pro hac vice*):
   STEVEN B. KELBER
8  BERENATO & WHITE, LLC
   6550 Rock Spring Drive, Suite 240
9  Bethesda, Maryland 20817
   Telephone:    (301) 896-0600
10 Facsimile:    (301) 896-0607
   E-Mail:       skelber@bwsiplaw.com
11
   Attorneys for Plaintiff
12 FUNCTIONAL GENETICS, INC.

13
                    UNITED STATES DISTRICT COURT
14
                    NORTHERN DISTRICT OF CALIFORNIA
15
                       SAN FRANCISCO DIVISION
16

17
   FUNCTIONAL GENETICS, INC.,            Civil Action No. 3:09-cv-04703-BZ
18
                      Plaintiff,
19                                       [~~PROPOSED~~] ORDER GRANTING
         v.                              PLAINTIFF'S UNOPPOSED MOTION TO
20                                       CONTINUE INITIAL CASE
   THE BOARD OF TRUSTEES OF THE          MANAGEMENT CONFERENCE AND
21 LELAND STANFORD JUNIOR                RELATED DEADLINES
   UNIVERSITY,
22                    Defendant.
                                         [Civil L.R. 6-3]
23
                                         Honorable Bernard Zimmerman
24                                       United States Magistrate Judge

25

26

27

28
                                         1
   W02-WEST:6NB1\402365004.1      [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
                                  TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND
   Civil Action No. 3:09-cv-04703-BZ                             RELATED DEADLINES

1 **ORDER**

2 Having considered the papers filed by Plaintiff Functional Genetics, Inc.
3 ("Plaintiff") under Civil L.R. 6-3 as PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE
4 INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES ("Motion"),
5 **IT IS HEREBY ORDERED THAT:**
6     1. Plaintiff's Motion is **GRANTED**; and
7     2. The current Initial Case Management Conference set for January 11, 2010
8 is vacated, and the Initial Case Management Conference is continued to **March 8, 2010 at 4:00**
9 **p.m.** All other related deadlines set forth in the Court's initial scheduling order at Docket No. 3 in
10 this action are continued accordingly.

12 **IT IS SO ORDERED.**

15 Dated: _ December 17, 2009 ___, 2009      _____
                                                    Honorable Bernard Zimmerman
16                                                     UNITED STATES MAGISTRATE JUDGE